UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
**F I L E D**

MAY 1 0 2018

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 18-20-DLB-CJS

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          **MOTION OF UNITED STATES**
**FOR ISSUANCE OF ARREST WARRANTS**

**MICHAEL W. HAGER and**
**JAMEL J. CLAY**                                          **DEFENDANTS**

\* \* \* \* \*

The United States moves for the issuance of arrest warrants for the presence of the

Defendants, **MICHAEL W. HAGER** and **JAMEL J. CLAY**, returnable forthwith.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: _____
Anthony J. Bracke
Assistant United States Attorney
207 Grandview Drive
Ft. Mitchell, KY  41017
(859) 655-3200
FAX: (859) 655-3212